# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHARLOTTE PINCKNEY, et al.,      :
    Plaintiffs                :
                            :         CIVIL ACTION
v.                          :         NO. 16-5350
                            :
THE PEP BOYS –             :
MANNY MOE & JACK,      :
    Defendant.              :

## ORDER

AND NOW, this 30th day of October, 2018, upon consideration of: Defendant's Motion for Summary Judgment (ECF No. 33); Defendant's Amended Statement of Undisputed Facts (ECF No. 35); Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment (ECF No. 39); and Plaintiff's Response to Defendant's Amended Statement of Undisputed Facts (ECF No. 39), it is hereby ORDERED that said Motion is GRANTED IN PART and DENIED IN PART as follows:

(1) Defendant's Motion for Summary Judgment as to Count I of Plaintiffs' Complaint is DENIED;

(2) Defendant's Motion for Summary Judgment as to Count II of Plaintiffs' Complaint is GRANTED;

(3) Defendant Motion for Summary Judgment as to Plaintiff's Request for Punitive Damages is GRANTED;

(4) Count III of Plaintiffs' Complaint is DISMISSED with prejudice; and,

(5) Defendant's Motion for Summary Judgment as to Count III of Plaintiffs' Complaint is DENIED AS MOOT.

BY THE COURT:

/s/ C. Darnell Jones, II
C. Darnell Jones, II